UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IVAN ALATORRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:19-cv-171 |
| | ) |
| PICO D'GALLO, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

1. Plaintiff, Ivan Alatorre ("Alatorre"), brings this action against Defendant, Pico D'Gallo, Inc. ("Defendant"), for unlawfully violating his rights as protected by the Fair Labor Standards Act ("FLSA").

## PARTIES

2. Alatorre has resided within the Southern District of Indiana at all relevant times.

3. Defendant is a corporation doing business in the Southern District of Indiana.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. §216(b).

5. Alatorre was an "employee" within the meaning of 29 U.S.C. §203(e).

6. Defendant is an "employer" within the meaning of 29 U.S.C. §203(d).

7. Venue is proper in this Court because all acts, transactions, and occurrences giving rise to this complaint occurred in Johnson County, Indiana, which is located in the Southern District of Indiana, Indianapolis Division.

## FACTUAL ALLEGATIONS

8. Defendant employed Alatorre as a server/bartender from on or around November 4, 2016 until November 5, 2018.

9. As a server/bartender, Alatorre customarily and regularly received more than $30.00/month in tips.

10. During his employment with Defendant, Defendant paid Alatorre an hourly rate of $2.13/hour.

11. At no time during his employment with Defendant did Defendant inform Alatorre, orally or in writing, that it was taking a tip credit from his wages pursuant to 29 U.S.C. § 203(m), as required by 29 C.F.R. § 531.59(b).

12. During his employment with Defendant, Alatorre routinely and regularly worked more than 40 hours each week.

13. Defendant did not pay Alatorre overtime rates for all hours worked by him in excess of 40 per week.

14. Alatorre has suffered injury as a result of Defendant's unlawful actions.

## CAUSES OF ACTION

## COUNT I - MINIMUM WAGE VIOLATIONS

15. Alatorre incorporates by reference paragraphs 1-14 of his Complaint.

16. Defendant did not pay Alatorre the minimum wage for all hours worked by him.

17. Defendant's actions have been willful and in reckless disregard of Alatorre's rights as protected by the FLSA.

## COUNT II - OVERTIME WAGE VIOLATIONS

18. Alatorre incorporates by reference paragraphs 1-17 of his Complaint.

19. Defendant failed to compensate Alatorre fully and completely for all overtime hours earned by him.

20. Defendant's actions have been willful and in reckless disregard of Alatorre's rights as protected by the FLSA.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Ivan Alatorre, by counsel, respectfully requests that this Court find for him and order that Defendant:

1. Pay all lost wages, including minimum wage and overtime wages to Alatorre;

2. Pay liquidated damages to Alatorre;

3. Pay pre- and post-judgment interest to Alatorre;

4. Pay Alatorre's attorneys' fees and costs incurred in litigating this action; and

5. Pay to Alatorre any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Samuel M. Adams*
Samuel M. Adams, Attorney No. 28437-49

Attorneys for Plaintiff
Ivan Alatorre

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:     (317)955-9500
Facsimile: (317)955-2570
Email:      jhaskin@jhaskinlaw.com
            sadams@jhaskinlaw.com